**Kyle A. Sturm**, OSB 080214
kyle.sturm@foremansturm.com
**Nicholas A. Thede**, OSB 075460
nick.thede@foremansturm.com
**Scott A. MacLaren**, OSB 123799
scott@foremansturm.com
FOREMAN STURM & THEDE LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
T: 503.206.5824

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARLENE FORCEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Defendant. | Case No.  1:23-cv-00030-CL<br><br>**ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** |

THIS MATTER came on before the Court on the Stipulation of the attorneys for the plaintiff and defendant, and the Court being advised that the matter has been fully settled and compromised and the parties are requesting that the Clerk of this Court or Deputy Clerk enter Judgment dismissing the cause with prejudice and without costs, disbursements, interest or attorney fees being allowed to any party.

IT IS SO ORDERED.

DATED: July ___, 2023

By: _____
MARK D. CLARKE
United States District Judge

Page 2 ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF
       DISMISSAL